IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED MEDICAL IMAGING     AND NUCLEAR SYSTEMS INC. *trading as Advanced Radiology and Cardiovascular Center* | : : : : : | CIVIL ACTION |
| v. | : : | No.: 08-3797 |
| ECLIPSE SYSTEMS, INC., et al. | : | |

### **ORDER**

And now this 14th day of May, 2009, Third-Party Defendant Philips Healthcare's Motion to Dismiss (Document 17) is GRANTED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                                      J.